UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DARNELL D. BROWN,

        Petitioner,        Case No. 1:24-cv-857

v.        Honorable Phillip J. Green

MATT ROBERTS et al.,

        Respondents.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of exhaustion of available state court remedies.

Dated: October 2, 2024        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge